IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL STUART, | § | |
| *Plaintiff,* | § § § | |
| | § | No. 3:25-CV-0198-X |
| v. | § § | |
| UNITED STATES OF AMERICA, | § § | |
| *Defendant.* | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 44). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, Plaintiff Michael Stuart's Motion for Judicial Recognition of Independent VA Negligence under FTCA (Doc. 10), Motion for Equitable Tolling of the FTCA Six-Month Limitations Period (Doc. 32), and Motion for Judicial Determination that Dr. Ankit Patel and UTSW were Employees/Agents of the United States (Doc. 33) are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 9th day of March, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE